# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 1:18-cr-125-WTL-TAB |
| v. | ) | |
| | ) | |
| DOMONIQUA RANEE NOLAN, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Timothy A. Baker's Report and Recommendation that Domoniqua Ranee Nolan's supervised release be modified, pursuant to Title 18 U.S.C. Sec. 3401(i), Rule 32.1(a)(1) Federal Rules of Criminal Procedure and Title 18 U.S.C. Sec. 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders the modification of her terms of supervised release as set forth in the Report and Recommendation.

Dated: 8/21/18

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All registered counsel via electronic notification

USMS

USPO