UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOMONIQUA RANEE NOLAN (01), )<br>)<br>Defendant. ) | Cause No. 1:18-cr-00125-JMS-TAB |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim Baker's Report and Recommendation dkt. [37] recommending that Domonique Ranee Nolan's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with the no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation dkt. [37]. The Court finds that Ms. Nolan committed Violation Numbers 1-3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [30]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Ms. Nolan is sentenced to the custody of the Attorney General or his designee for a period of seven (7) months imprisonment with no supervised release to follow. The court recommends placement close to Indianapolis, Indiana.

Date: 8/10/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
United States Probation Office, United States Marshal